United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

---

The Civil Cover Sheet filed in civil action

**2:23-CV-06554(GRB)(JMW)**

1) indicated that this case is related to the following case(s):

2:21CV05688(GRB)(AYS)